

11TH COURT OF APPEALS
EASTLAND, TEXAS
AMENDED JUDGMENT

Devon Energy Production Company, L.P.,   * From the 118th District Court
    of Glasscock County,
    Trial Court No. 1895

Vs. No. 11-23-00083-CV            * August 21, 2025

McClure Oil Company, Inc. and       * Supplemental Opinion by Trotter, J.
Fina 945 L.C.,                   (Panel consists of: Bailey, C.J.,
    Trotter, J., and Wright, S.C.J.,
    sitting by assignment)
    (Williams, J., not participating)

–and–

Driver Production, L.P. and
Graham Sons Minerals, LLC,

Vs. No. 11-23-00083-CV

Devon Energy Production Company, L.P., et al.


This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment as to SH Permian Minerals, LLC; Devon Energy Production Company, L.P.; Vital Energy, Inc.; and the Birds Parties: Coly Birds; Barbara Elaine Knoll; Deanna McGrew Lowe; Mary Elizabeth McGrew; and

Nancy Seaberry Smith, and we remand their portion of the case to the trial court for further proceedings. We reverse the trial court's judgment as to Devon Energy Production Company, L.P.'s claim for declaratory relief against McClure Oil Company, Inc. and Fina 945 L.C., and we remand to the trial court for further proceedings. As to Nail Bay Royalties, LLC, we affirm the judgment of the trial court.

Further, we grant Graham Sons' and the Birds Parties' Joint Agreed Motion to Dismiss pursuant to Rule 42.1(a)(1), and we dismiss the portion of Graham Sons' appeal as it relates to the Birds Parties. To the extent that the Birds Parties' motion for rehearing relates to the claims and controversies between the Birds Parties and Graham Sons, the Birds Parties' motion for rehearing is dismissed in part as moot. The costs incurred by reason of this appeal are taxed against the party incurring same.